1  Z. KATHRYN BRANSON, ESQ.
Nevada State Bar No.11540
2  kbranson@littler.com
LITTLER MENDELSON, P.C.
3  3960 Howard Hughes Parkway
Suite 300
4  Las Vegas, NV  89169-5937
Telephone:     702.862.8800
5

6  Attorneys for Defendant
BARCLAYS SERVICES LLC

7

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10

11  SALVATORE DECOLA,                       Case No. 2:23-cv-00642-CDS-BNW

12            Plaintiff                     **STIPULATION AND ORDER DISMISSING
                                            ACTION PENDING ARBITRATION**
13  vs.

14  BARCLAYS SERVICES LLC., Foreign
    Limited-Liability Company, and DOES 1-
15  50, inclusive,

16            Defendants

17

18        WHEREAS Plaintiff Salvatore DeCola ("Plaintiff") and Defendant Barclays Services

19  LLC ("Defendant") (collectively the "Parties"), have agreed to submit their claims to arbitration

20  pursuant to an arbitration agreement between the Parties in connection with Plaintiff's

21  employment with Defendant; and

22        WHEREAS the Parties have met and conferred and agree that it would be in the best interests

23  of judicial economy and in the best interests of the Parties to move this action to arbitration and

24  stipulate to dismissal of this action, without prejudice;

25        NOW THEREFORE, the Parties, through their respective counsel hereby stipulate and

26  respectfully request that the Court orders as follows:

27        1.      This matter shall hereby be dismissed, without prejudice, pending resolution of the

28

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas NV 89169-5937
702.862.8800

arbitration (i.e., through settlement or arbitral decision) brought by Plaintiff against Defendant, as well as pending the resolution of all claims and counterclaims that may be asserted in response by Defendant against Plaintiff during arbitration.

2.     The Court shall retain jurisdiction as may be required prior to the issuance of the final award and resolution of all claims in arbitration for the purpose of enforcing the arbitration agreement;

3.     The Court shall retain jurisdiction over this matter following the issuance of the final award and resolution of all claims in arbitration for the purpose of enforcing the arbitrator's final decision or award; and

4.     This dismissal, without prejudice, shall not prevent either party from asserting any objection or defense, including those based on jurisdiction or venue, in the event that this action returns to Court.

IT IS SO STIPULATED.


Dated:  May 10, 2023

Respectfully submitted,


/s/ Melinda M. Weaver
DANIEL R. WATKINS, ESQ.
MELINDA M. WEAVER, ESQ.
WATKINS & LETOFSKY, LLP

Attorneys for Plaintiff
SALVATORE DECOLA

Dated: May 10, 2023

Respectfully submitted,

Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
BARCLAYS SERVICES LLC


**IT IS SO ORDERED.**


_____
UNITED STATES DISTRICT JUDGE

Dated:  May 11, 2023

4868-8196-1315.1 / 067242-1039

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas  NV  89169-5937
702.862.8800